# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NELIO NELSON GOMES da SILVA,<br>　　　　Petitioner<br><br>　　　v.<br><br>MARCILENE de AREDES,<br>　　　　　Respondent | C.A. NO. 1:18-CV-12353-DPW |

## AFFIDAVIT OF JOSUE FERREIRA

data / /

Meu nome é: José de Oliveira Ferreira
Eu nasci em Murici, Minas Gerais, Brazileiro
Fui contatado pelos advogados de Marcilene
de Aredes para fazer declaração sobre meus
conhecimentos pessoais de Marcelene de Aredes.
Eu declaro verdaduramente como seguinte:
Conheço Marcelene de Aredes desde (25 de
março de 2016). Passei a conhecer Marcelene
de Aredes através de trabalho em uma
lanchonete. Trabalhei com Marcelene de
Aredes em uma lanchonete na Praça dos
Trabalhadores no bairro da barra na Data
de 25 (março) de 2016 a proximidade
a data de 30 (julho) de 2016
  Quando trabalhei com Marcelene, testemunhei
pessoalmente Nélio Nelson gomes da silva
fazendo o seguinte: Nelson Gomes chegou
da silva fazendo o seguinte Nelson Gomes
chegou no estabelecimento no qual a
gente trabalhava de carro com suas filhas,
desceu do carro muito nervoso e começou a
gritar agressivamente com Marcele meus
companheiros de serviço e eu assistindo
Nelson agredindo verbalmente Marcelene não
aguentamos e fomos defender ela. Pelo simples
fato de conhecer ela por ser uma mãe
muito dedicada as suas filhas e muito
trabalhadora, segundo alguns comentários
que ouvimos, Nelson já estava a perseguindo
los dias.

Nélio chegou na lanchonete que trabalhávamos muito alterado e gritando com Marcilene, sobre as crianças o respeito de um remédio que ele não encontrava, nós, que conhecíamos Marcilene não aguentamos assistir aquela situação de Nélio em público e a defendemos, vendo que a situação estava piorando puxou Nélio até o carro e mandou-o ir embora para casa. Porém Nélio nos desafiou ao chegar no trabalho no dia seguinte meus colegas de trabalho me disseram que Nélio havia ido atrás deles.

No dia seguinte meu tio que cortava cabelo na barbearia de Nélio por conhecermos conhecidência ficou sabendo dos fatos ocorridos e resolve levar Nélio até minha residência para conversar. Na conversa, Nélio me pede para esquecer daquela situação, eu disse para ele que estava tudo bem, Porém não iria aceitar ver de agredir Marcilene verbalmente em nosso local de trabalho novamente.

Assine sob as penas de perjúrio e falso testemunho

Signed under the pains and penalties of perjury.

Ass: _José de Oliveira Teixeira_

My name is Josué de Oliveira Ferreira. I was born in Muriaé, Minas Gerais, and I am Brazilian. I have been contacted by Marcelene de Aredes' lawyers, and they asked me to make a declaration about my personal knowledge of Marcelene de Aredes. My truthful declaration is as follows:

I have known Marcelene de Aredes since March 25, 2016. I met Marcelene de Aredes at the snack bar where we worked. I worked with Marcelene de Aredes at a snack bar located at Praça dos Trabalhadores in the Barra neighborhood from March 25, 2016 until approximately July 30, 2016.

When I worked with Marcelene, I personally witnessed Nélio Nelson Gomes da Silva doing the following:

Nélio Nelson Gomes went to our workplace by car with his daughters; he got out of the car and he was very agitated. He proceeded to yell at Marcelene very loudly. My work colleagues and I thought that Nélio was being verbally abusive of Marcelene, and we decided to intervene and defend Marcelene. We decided to intervene because we knew Marcelene and we knew she was a very dedicated mother to her daughters and an excellent employee.

Nélio arrived at the snack bar where we worked, and he was very angry; he was yelling at Marcelene saying he could not find a certain medicine that the children needed. We could not stand seeing how much Nélio was yelling at Marcelene in public, and we defended her. We saw that the situation was getting worse, so we pushed Nélio towards his car and told him to go home. However, the very next day, my work colleagues told me that Nélio defied us and went after Marcelene. The following day, my uncle, who's a barber at Nélio's barbershop, heard of what happened and decided to bring Nélio to my house so we could talk. During our conversation, Nélio asked me to forget about what had happened. I told him that I would not tolerate him verbally attack Marcelene in her place of work in front of me.

## Certificate of Translation

I, Maria Lúcia de Mayrinck, am competent to translate from Portuguese into English, and certify that the translation of the foregoing *Affidavit of Josué Ferreira* is true and accurate to the best of my abilities.

_____  
(signature of translator)

Maria Lúcia de Mayrinck  
(printed name of translator)

36 Elmwood Avenue, Unit 2  
(address of translator)

Revere, MA 02151  
(address of translator)

(617) 967-2576  
(telephone number of translator)

## CERTIFICATE OF SERVICE

I, Brenna Cass, hereby certify that this document filed through the ECF system will be sent electronically to the registered Petitioner as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 27, 2019

    /s/ Brenna Cass