IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE THE APPLICATION OF

**NELIO NELSON GOMES da SILVA,**
        Plaintiff / Petitioner,

v.

**MARCILENE de AREDES,**
        Defendant / Respondent.

C.A. No. 1:18-cv-12353-DPW

## FINAL TRIAL EXHIBIT LIST

1. Documentation regarding Immigration Removal Proceeding against Respondent
2. ACA's therapy records from Shirazeh Shahriar (The Home for Little Wanderers; sessions at child's school) (previously marked as Exhibit E)
3. MA's therapy records from Shirazeh Shahriar (The Home for Little Wanderers; sessions at child's school) (previously marked as Exhibit F)
4. Petitioner's Expert Report / Affidavit Regarding Standing of Petitioner from Lalisa Froeder Dittrich, Deputy Head of the Brazilian Central Authority for International Child Abduction

501. Proof of Enrollment of ACA in Otis Elementary School
502. Child's school records from Otis Elementary School
503. Proof of Enrollment of ACA in school in Cuparaque (translation followed by original)
504. Records from ACA's most recent physical examination
505. Children's records from Massachusetts Migrant Education Program
506. Phone records of communications between Petitioner and Respondent (translation followed by original)
507. ACA's health insurance card
508. Respondent's Expert Report from Mariana Barsted and Georgia Bella Correa
509. Respondent's Expert Report from Professors Marilia Pedroso Xavier and Guilherme Brenner Lucchesi
510. MA's therapy records from East Boston Neighborhood Health Center (previously marked as Exhibit D)

| NELIO NELSON GOMES DA SILVA | MARCILENE de AREDES |
|---|---|
| By his attorneys, | By her attorneys, |
| Dated: July 8, 2019 | Dated:  July 8, 2019 |
| /s/ *Katie M. Dalton*<br>Katie M. Dalton<br>BBO#668580<br>kmdalton@burnslev.com | /s/Stephanie Goldenhersh<br>Stephanie Goldenhersh<br>BBO# 644609<br>Harvard Legal Aid Bureau<br>23 Everett Street, First Floor<br>(617) 495-4408<br>sgoldenhersh@law.harvard.edu |
| /s/ *Elizabeth G. Crowley*<br>Elizabeth G. Crowley<br>BBO# 663470<br>ecrowley@burnslev.com | |
| | /s/Kalani Browne<br>Kalani Browne<br>Student Counsel<br>kbrowne.2019@hlsclincs.org |
| Burns & Levinson, LLP<br>125 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-3000 | /s/Brenna Cass<br>Brenna Cass<br>Student Counsel<br>bcass.2019@hlsclincs.org |
| | /s/Jennifer Herrmann<br>Jennifer Herrmann<br>Student Counsel<br>jherrmann.2019@hlsclincs.org |